IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL SUSSMAN,<br><br>Plaintiff,<br><br>v.<br><br>SOUTH SALT LAKE CITY, INC.; UTAH TRANSIT AUTHORITY; UTA POLICE OFFICER WIHONGI; SHANTEE WELSH; and SALT LAKE REGIONAL MEDICAL CENTER,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER ADOPTING [22] REPORT AND RECOMMENDATION**<br><br>Case No. 2:17-cv-01012-DN-PMW<br><br>District Judge David Nuffer |

The Report and Recommendation[1] issued by United States Magistrate Judge Paul M. Warner on September 7, 2018 recommends that this action be dismissed with prejudice under the authority of the IFP statute, 28 U.S.C. § 1915(e)(2)(B)(ii).[2] Because the Report and Recommendation recommended dismissal with prejudice, it was further recommended that the other pending motions in this action[3] be deemed moot.[4]

The parties were notified of their right to file objections to the Report and Recommendation within 14 days of its service pursuant to 28 U.S.C. § 636 and Fed. R. Civ.

---

[1] Report and Recommendation, docket no. 22, filed September 7, 2018.

[2] *Id.* at 15–16.

[3] Plaintiff's Emergency Ex Parte Motion for Emergency Order to Show Cause and to Compel Attendance to Prevent Unlawful Plan of All Defendants, docket no. 8, filed September 22, 2017; Defendant South Salt Lake City's Motion to Dismiss, docket no. 11, filed October 10, 2017; Plaintiff's Motion to Move this Case to the Front of the Line, docket no. 21, filed April 6, 2018.

[4] Report and Recommendation at 16.

P. 72. Because copy of the Report and Recommendation was mailed to the Plaintiff, he was provided an additional three days to file an objection under Fed. R. Civ. P. 6(d).

No party filed a written objection to the Report and Recommendation as provided by court rules. Therefore, the analysis and conclusion of the Magistrate Judge are accepted and the Report and Recommendation[5] is adopted in its entirety.

**ORDER**

IT IS HEREBY ORDERED that the Report and Recommendation[6] is ADOPTED and this case is DISMISSED with prejudice. All other Pending Motions[7] are MOOT.

The Clerk is directed to close the case.

Signed September 27, 2018.

BY THE COURT

_____
David Nuffer
United States District Judge

---

[5] Report and Recommendation, docket no. 22, filed September 7, 2018.

[6] Report and Recommendation, docket no. 22, filed September 7, 2018.

[7] Plaintiff's Emergency Ex Parte Motion for Emergency Order to Show Cause and to Compel Attendance to Prevent Unlawful Plan of All Defendants, docket no. 8, filed September 22, 2017; Defendant South Salt Lake City's Motion to Dismiss, docket no. 11, filed October 10, 2017; Plaintiff's Motion to Move this Case to the Front of the Line, docket no. 21, filed April 6, 2018.